IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARIO COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. CV419-203 |
| | ) |
| OFFICER BRAXTON, and | ) |
| CPL. MUNOZ, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Magistrate Judge's July 27, 2021, Report and Recommendation (Doc. 12), to which Plaintiff has not filed an objection. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. (Doc. 12.) Therefore, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 20th day of August 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA